UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

RAYMOND BROWN,                  :

    Plaintiff                :
                            CIVIL ACTION NO. 3:17-0323
  v.                           :    (JUDGE MANNION)

CONNIE GREEN, et al.,           :

    Defendants              :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion to dismiss above captioned action (Doc. 13), is construed as a motion for voluntary dismissal pursuant to Fed.R.Civ.P. 41(a)(1).

2. Plaintiff's motion (Doc. 13), is **GRANTED WITH PREJUDICE**.

3. The Clerk of Court is directed to **CLOSE** this case.

                                          s/ *Malachy E. Mannion*
                                         **MALACHY E. MANNION**
                                         **United States District Judge**

**Dated: August 28, 2017**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-0323-01-ORDER.wpd